SEYFARTH SHAW LLP
Heliane Fabian (SBN 361563)
hfabian@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-3021

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NIKOLOS EDWARD CARRAFIELD, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No. 8:25-cv-02428-FWS-JDE <br><br> **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF RELATED ACTION** |

NOTICE OF RELATED CASE

326216800v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF NIKOLOS EDWARD CARRAFIELD:**

PLEASE TAKE NOTICE, that pursuant to Central District Local Rule 83-1.3.1, the undersigned counsel of record for Defendant Equifax Information Services LLC ("Equifax") hereby submits this Notice of Related Case and states that the following case arises from the same or closely related transactions, happenings, or events that would call for determination of the same or substantially related questions of law and fact:

> *Nikolos Edward Carrafield v. Experian Information Solutions, Inc.* ("Experian"), Central District of California, Case No. 8:25-cv-01584-MRA-ADS, pending before Judge Monica Ramirez Almadani and Magistrate Judge Autumn D. Spaeth.

Both actions allege claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., against consumer reporting agencies ("CRAs"). Equifax and Experian are both CRAs as that term is defined under the FCRA. In both matters, Plaintiff alleges that the CRAs are inaccurately reporting certain accounts, including his Upgrade and American Credit Acceptance accounts.

Because the actions involve overlapping parties, identical legal claims, and substantially similar factual allegations concerning the reporting of the same accounts, assignment of these matters to the same judge would promote judicial economy and avoid potentially inconsistent rulings.

Equifax, therefore, respectfully submits that these cases are related within the meaning of Local Rule 83-1.3.1.

DATED: May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Heliane Fabian*
Heliane Fabian
*Counsel for Defendant*
*Equifax Information Services LLC*

2

NOTICE OF RELATED CASE

326216800v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF RELATED ACTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

Nikolos Edward Carrafield, *plaintiff pro se*
317 San Tropez Ct.
Laguna Beach, California 92651


*/s/ Heliane Fabian*
Heliane Fabian
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE

326216800v.1