Nikolos Edward Carrafield

317 San Tropez Ct

Laguna Beach, CA 92651

NikoCarrafield@gmail.com

Plaintiff, Pro Se

FILED

CLERK, U.S. DISTRICT COURT

June 2, 2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____pd_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Nikolos Edward Carrafield,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC<br>Defendant. | Case No. 8:25-cv-02428-FWS-JDE<br><br>Hon. Judge Fred W. Slaughter<br><br>**PLAINTIFF'S RESPONSE AND OBJECTION TO NOTICE OF RELATED CASE** |

Plaintiff Nikolos Edward Carrafield respectfully submits this Response and Objection to Defendant's Notice of Related Case.

Plaintiff objects to the proposed related-case designation.

-1-

While the cases may involve the same plaintiff and certain overlapping credit accounts, they concern separate defendants, separate investigations, separate dispute histories, and separate alleged conduct under the Fair Credit Reporting Act.

Each defendant maintained independent duties, procedures, and decision-making responsibilities regarding the handling, investigation, and reporting of disputed information. Liability, if any, must therefore be evaluated individually based upon the distinct conduct of each defendant.

Plaintiff further submits that relating the cases may create unnecessary confusion and risk blending separate factual and legal issues involving different credit reporting agencies and separate dispute processes.

Accordingly, Plaintiff respectfully requests that the Court maintain these matters as separate actions and deny the proposed related-case designation.

Dated: June 2, 2026

Respectfully submitted,

*/s/ Nikolos Edward Carrafield*

Nikolos Edward Carrafield

Pro Se Plaintiff

·····························································································